UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANK MORETTI MOROTE,<br><br>                 Petitioner,<br><br>   v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States,<br><br>                 Respondent. | NO. C12-1236-RSM<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation;

    2.    Petitioner's petition for writ of habeas corpus is DISMISSED without prejudice for failure to prosecute pursuant to LCR 41(b)(2); and

    3.    The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 24 day of April, 2013.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1